**Leroy HONEYCUTT, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 58061.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 19, 1990.

Application to Transfer Denied Feb. 7, 1991.

William J. Swift, Marc B. Fried, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., William J. Bryan, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

### ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion challenging his guilty pleas as involuntary due to ineffective assistance of counsel. We affirm. The findings and conclusions of the motion court

are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).